**Order filed February 20, 2020.**



In The

# Fourteenth Court of Appeals

NO. 14-19-00306-CR
NO. 14-19-00308-CR
NO. 14-19-00309-CR
NO. 14-19-00310-CR
NO. 14-19-00311-CR
NO. 14-19-00312-CR
NO. 14-19-00313-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**KAHLIL DEAN, Appellee**

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause Nos. 18-DCR-083497, 18-DCR-083704, 18-DCR-083833,
18-DCR-083834, 18-DCR-083835, 18-DCR-083836, and 18-DCR-083837**

## ORDER

The State of Texas filed notices of appeal in each of the above-numbered causes, asserting it is appealing "the trial court's order dismissing the State's

indictment[s]."  In its notices of appeal and appellate brief, the State contends it is authorized to pursue an appeal pursuant to article 44.01(a)(1) of the Texas Code of Criminal Procedure because the trial court "dismissed the State's indictments."  *See* Tex. Code Crim. Proc. Ann. art.  44.01(a)(1).

None of the records before us contains an order dismissing the State's indictment so as to authorize the State's appeal under article 44.01(a)(1).  We will dismiss these appeals for lack of jurisdiction unless the parties demonstrate our jurisdiction on or before March 11, 2020.


PER CURIAM


Panel consists of Justices Zimmerer, Spain, and Hassan.